# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Crim. No. 11-341 (SDW) |
| LAWRENCE J. BROWN | : **CONTINUANCE ORDER** |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Mala Ahuja Harker, Assistant U.S. Attorney), and defendant Lawrence J. Brown (by Patrick McMahon, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter for a period of time from September 30, 2012 to November 30, 2012 to allow the parties to have the plea entered, and five continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), so that the parties could attempt to resolve the matter and thereby avoid a possible trial, and the defendant being aware that he has the right to have the matter tried within seventy days of the date of his arraignment pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

It IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The defendant has signed a plea agreement and both the United States and the defendant desire additional time to have that plea entered, which would render a trial of this matter unnecessary;

(2) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 3rd day of September/October, 2012,

ORDERED that this action be, and it hereby is, continued for a period from September 30, 2012 to November 30, 2012; and it is further

ORDERED that the period from September 30, 2012 through and including November 30, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

Form and entry
consented to:

Mala Ahuja Harker
Assistant U.S. Attorney

Patrick McMahon, Esq.    John H Yauch
Counsel for defendant Lawrence J. Brown   for PNM

2