## ORDER

Let the Writ Issue.

DATED: February 19, 2013

_____
HON. SUSAN D. WIGENTON, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the HUDSON COUNTY CORRECTIONAL CENTER:

WE COMMAND YOU that you have the body of

LAWRENCE BROWN (SBI #754992B),

now confined at the HUDSON COUNTY CORRECTIONAL CENTER, brought before the United States District Court, the Hon. Susan D. Wigenton, U.S.D.J., in the Martin Luther King, Jr. Federal Building & Courthouse, 50 Walnut Street, Newark, New Jersey 07102 on Monday, March 4, 2013, at 10:30 a.m., in civilian clothes, so that the Detainee may appear in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Susan D. Wigenton
United States District Judge
Newark, New Jersey.

DATED: February 19, 2013

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk